**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| JASON EVANS, | ) |
| | ) |
| PLAINTIFF, | ) |
| | ) |
| VS. | )   CASE NO.: CIV-15-1032-M |
| | ) |
| LOCKE SUPPLY COMPANY, | ) |
| | ) |
| DEFENDANT. | ) |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

COMES NOW the Plaintiff, Jason Evans, by and through his attorney of record, Gaylon C. Hayes, and dismisses the above-styled action with prejudice to the refiling of the same against Defendant, Locke Supply Co., incorrectly named in this matter as Locke Supply Company. Defendant hereby stipulates that this action be dismissed with prejudice.

Respectfully submitted,

s/Gaylon C. Hayes
GAYLON C. HAYES, OBA #14492
HAYES LEGAL GROUP, P.C.
6805 South Western Ave., Suite 500
Oklahoma City, Oklahoma 73139
405/616 -5045 telephone
405/616 -5062 fax
gaylon@hhhlawfirm.com
brooke@hhhlawfirm.com
ATTORNEY FOR PLAINTIFF

        s/Joshua W. Solberg
*(Signed by Gaylon C. Hayes with permission)*
Joshua W. Solberg, OBA #22308
McAfee & Taft A Professional Corporation
Tenth Floor, Two Leadership Square
211 North Robinson
Oklahoma City, OK  73102-7103
Telephone:(405) 235-9621
Facsimile:  (405) 235-0439
josh.solberg@mcafeetaft.com

ATTORNEYS FOR DEFENDANT

### CERTIFICATE OF MAILING

    This is to certify that on the 4th day of August 2016, I electronically transmitted the attached document to the Clerk of Court using ECF System for filing and transmittal of a Notice of Electronic Filing to the following EFC registrants:

 X   I hereby certify that on August 4, 2016, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing. Based on the electronic records currently on file, the Clerk of Court will transmit a notice of Electronic Filing to the following ECF registrants:

josh.solberg@mcafeetaft.com, allison.mccombs@mcafeetaft.com, barbara.lasater@mcafeetaft.com

       c/o GAYLON C. HAYES
       GAYLON C. HAYES